No. 9555. GREAT NORTHERN RAILWAY COMPANY, a Corporation, Plaintiff and Respondent, *v.* BOARD OF

RAILROAD COMMISSIONERS of the STATE OF MON-
TANA, et al., DEFENDANTS AND APPELLANTS.
304 Pac. (2d) 1118.
Decided Jan. 3, 1957.

*Arnold H. Olsen,* Atty. Gen., and *C. W. Leaphart, Jr.,* Asst.
Atty. Gen., *James B. Patten,* Sec'y. Counsel, Board of RR.
Comrs., Helena for appellants.

*Edwin C. Matthias, H. V. Rhedin,* St. Paul, Minn., *Max P.
Kuhr,* Havre, *Edwin S. Booth, Jr., Weir, Gough & Matson,*
Helena, for respondent.

*Loble & Loble* and *Gene A. Picotte,* Helena, Amici Curiae.

MR. CHIEF JUSTICE ADAIR:

In this cause the Supreme Court of the United States under
date of November 13, 1956, 77 S. Ct. 146, having made an order
dismissing the appeal of the Great Northern Railway Company,
a corporation, for want of a substantial federal question and an
attested copy of said order having on this date, January 2, 1957,
been filed in the office of the Clerk of this Court, and it appear-
ing from said Order that the Application of the Great Northern
Railway Company, a corporation, for the relief to the Supreme
Court of the United States has been dismissed by that Court and
fully and finally determined.

Now therefore it is ordered that the Board of Railroad Com-
missioners of the State of Montana, who were appellants in this
appeal to the Supreme Court of the State of Montana, may now
proceed to enforce the judgment of this Court pronounced May
10, 1956, 298 Pac. (2d) 1093, wherein this Court reversed the
judgment of the District Court of Hill County, Montana which
had erroneously held to be invalid the Order No. 2445 of the
said Board of Railroad Commissioners of the State of Montana
as per remittitur issued out of this court on July 16, 1956.